UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:12CR00380-001 |
| Plaintiff, | : | |
| vs. | : | JUDGMENT |
| XIAORONG WANG, | : | |
| Defendant. | : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case came before the Court for jury trial on September 24, 2012. After the United States rested its case, Defendant Wang moved the Court for a judgment of acquittal under Criminal Rule 29. After considering the arguments of counsel, the Court found the evidence was insufficient to sustain a conviction on Counts 1, 2, 3, 4, 5, 6, 7 and 8 of the Indictment. Specifically, the Court found insufficient evidence that any conversion of a trade secret was for the economic benefit of someone other than the owner. The Court also found insufficient evidence that the Defendant intended or knew that any theft would, to a practical certainty, injure the owner of the trade secret. Additionally, counts 9, 10, 11 and 12 are dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 26, 2012        s/  *James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE