UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __OHIO__

UNITED STATES OF AMERICA, ) Criminal No. 5:12CR380
 )
    vs. ) Judge James S. Gwin
 )
Xiaorong Wang, )
 )
    Defendant.

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against Xiaorong Wang, defendant.

_____
Steven M. Dettelbach
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
Honorable James S. Gwin
United States District Judge

Date:

Form OBD-113
Dec. 82